No. 87–339. CITY OF NEW YORK ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. [Certiorari

granted, *ante*, p. 962.] Motion of the Solicitor General for divided argument granted.